IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LYNDON DECHARD MOSLEY,

    Plaintiff,

v.

BRAD HOOKS; SGT. MORGAN;
OFFICER RIVERA; KIMBERLY
JONES; and OFFICER MURRAY,

    Defendants.

CIVIL ACTION NO.: CV613-088

## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated September 18, 2013, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until October 21, 2013, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that September 18, 2013, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 5 day of N/ao, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)